THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v·*
FRANCES SOWINSKI et al., Defendants, and JOSEPH SERRIANNI, Appellant.

Argued October 11, 1937; decided November 16, 1937.

*Samuel M. Fleischman* for appellant.

*Raymond A. Knowles, District Attorney,* ior respondent.

Judgments reversed and new trial ordered. The testimony of the witness Richelli fails to connect the appellant with the commission of the crime. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.